# INSTANT REHAB OHIO LLC
### 5210 Kaylin Drive
### New Franklin OH 44319
### 330-396-6487

September 7, 2022
Nolan Hilbruner
3060 Robin Dr
Ravenna OH 44266
330-931-5870
nolanhilbruner@gmail.com

## CONTRACT

## ALL WORK IS DONE TO CURRENT BUILDING CODES

We will do the following: approximately **$16,000.00** in work, including framing and plumbing cleanup in exchange for **$70,000.00** funding on 672 Moon St Akron Ohio 44307 with $70,000.00 payback upon sale of the home.

1. Redo Beam system leading into lower rear kitchen and bathroom area and support accordingly.
2. All electric and heating is homeowners' responsibility.
3. Redo steps with landing, and wall system also securing existing floor joist and adding brackets where applicable or needed.
4. Homeowners' responsibility to do finish work on the steps including railing system on the lower level and upper level upon completion.
5. Homeowners' responsibility to do all drywall work upon completion of all framing and modification.
6. Have plumber come in and eliminate the copper line and reline impex in the lower level only taking care of any leaks and plumbing modification. Homeowner can also do the plumbing on the laundry at an extra cost, but laundry plumbing would not be included in this agreement.

**Total for job as listed: $16,000.00**

No coupon or discount applies.

**We agree do this work performed including labor and materials and supplying the plumber to do the plumbing work, in exchange for the funding on 672 Moon St. The paperwork will be required by the investor to get finalized through one of our lawyers. We will recommend Mike Gertz or our real estate attorney, this paperwork does not take long, we may have to meet to have the paperwork notarized and finalized.**

*Please make certified checks out to Instant Rehab Ohio: in the total of $70,000.00.*

**Upon signing of this agreement. Payment will be made to start the project which will start on September 8th, 2022. We are look at a 6–9-month ROI or Return on investment in full upon sale of the home.**



Instant Rehab Ohio, LLC
5210 Kaylin Dr
AKRON, OH 44319-4930 US
330-396-6487
Finance@Stoneconstructionllc.com

**Invoice**

Nolan Hilbruner
3060 robin dr
ravenna, ohio 44266

| INVOICE | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 4526 | 09/09/2022 | $0.00 | 10/09/2022 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Building Cost | work/framing and plumbing clean up/ funding for moon st | 1 | 70,000.00 | 70,000.00 |
| | PAYMENT | | | 70,000.00 |
| | BALANCE DUE | | | **$0.00** |

PAID